AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

United States of America
v.

Lerianey Oliveira Marino-Nunes and
Pedro Rodriguez,

_Defendants_

)
)
)
)
)
)

Case No. 25-CR-20418-MOORE/D'ANGELO

FILED BY _____ **BM** _____ D.C.

**Sep 24, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    LERIANEY OLIVEIRA MARINO-NUNES

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance (21 U.S.C. § 846)
Distribution of a Controlled Substance (21 U.S.C. § 841(a)(1))

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By    _BryanMartinez_
        Deputy Clerk
Date    **Sep 24, 2025**

Date: 9/24/25

_BryanMartinez_
_Issuing officer's signature_

City and state:    Miami, Florida

Angela E. Noble, Clerk of Court / Court Administrator
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____. |
| Date: _____                    _____ <br> _Arresting officer's signature_ |
| _____ <br> _Printed name and title_ |