UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-20418-MOORE/D'ANGELO
CASE NO._____

IN RE SEALED INDICTMENT
_____/

FILED BY ___BM___ D.C.
Sep 24, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**SEALED ORDER**

The United States of America, having applied to this Court for an Order sealing the Indictment, arrest warrants, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, arrest warrants, and this Order shall be filed under seal until the arrest of the first defendant or until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 24th day of September, 2025.

_____
HONORABLE MARTY FULGUEIRA ELFENBEIN
United States Magistrate Judge

cc: AUSA Joseph A. Mahoney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
25-CR-20418-MOORE/D'ANGELO
CASE NO. _____

IN RE SEALED INDICTMENT
_____/

**MOTION TO SEAL**

FILED BY ___BM___ D.C.
Sep 24, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, arrest warrants, and any resulting order be SEALED until the arrest of the first defendant or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Indictment, arrest warrants, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that some of the named defendants may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Indictment become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Date: September 23, 2025

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: _____
Joseph A. Mahoney
Assistant United States Attorney
Court ID No. A5503291
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel.: 305-961-9086
Email: Joseph.Mahoney2@usdoj.gov

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: 25-CR-20418-MOORE/D'ANGELO

### BOND RECOMMENDATION

DEFENDANT: LERIANEY OLIVEIRA MARINO-NUNES

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Joseph A. Mahoney

Last Known Address: [REDACTED]

What Facility: _____

Agent(s): DEA SA GARRETT REDFERN
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**25-CR-20418-MOORE/D'ANGELO**
CASE NO._____

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

LERIANEY OLIVEIRA MARINO-NUNES,
    a/k/a "Lilly,"
    a/k/a "Miami,"
    a/k/a "La Bichota," and
PEDRO RODRIGUEZ,
    a/k/a "Peter,"
    a/k/a "Lab SALON,"

    Defendants.

_____/

FILED BY ___BM___ D.C.
Sep 24, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

**COUNT 1**
**Conspiracy to Distribute a Controlled Substance**
**(21 U.S.C. § 846)**

Beginning in and around March 2024, and continuing through on or about April 22, 2025, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants,

**LERIANEY OLIVEIRA MARINO-NUNES,**
a/k/a "Lilly,"
a/k/a "Miami,"
a/k/a "La Bichota," and

**PEDRO RODRIGUEZ,**
a/k/a "Peter,"
a/k/a "Lab SALON,"

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the controlled substance in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, and its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 2
### Distribution of a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about March 31, 2025, in Miami-Dade County, in the Southern District of Florida, the defendant,

**LERIANEY OLIVEIRA MARINO-NUNES,**
a/k/a "Lilly,"
a/k/a "Miami,"
a/k/a "La Bichota,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved five (5) grams or more of methamphetamine and its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

2

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **LERIANEY OLIVEIRA MARINO-NUNES, a/k/a "Lilly," a/k/a "Miami," a/k/a "La Bichota,"** or **PEDRO RODRIGUEZ, a/k/a "Peter," a/k/a "Lab SALON,"** have an interest.

2. Upon conviction of a violation of Title 21, United States Code, Sections 841, 846, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_Yiril Valdes_ For
_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_MBolero for_
_____
JOSEPH A. MAHONEY
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

LERIANEY OLIVEIRA MARINO-NUNES
and PEDRO RODRIGUEZ,
_____/
                  Defendants.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants  0
Total number of new counts  0

**Court Division** (select one)
- [✓] Miami
- [ ] Key West
- [ ] FTP
- [ ] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take  5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  [✓]  0 to 5 days
   - II [ ]  6 to 10 days
   - III [ ] 11 to 20 days
   - IV [ ]  21 to 60 days
   - V  [ ]  61 days and over

   (Check only one)
   - [ ] Petty
   - [ ] Minor
   - [ ] Misdemeanor
   - [✓] Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Roy K. Altman  Case No. 25-CR-20183

9. Defendant(s) in federal custody as of N/A

10. Defendant(s) in state custody as of N/A

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No

14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
JOSEPH A. MAHONEY
Assistant United States Attorney
SDFL Court ID No. A5503291

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Lerianey Oliveira Marino-Nunes,  a/k/a "Lilly," a/k/a "Miami," a/k/a "La Bichota"

**Case No**: _____

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** Life imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years' imprisonment
* **Max. Supervised Release:** 5 years up to life
* **Max. Fine:** $10,000,000

Count #: 2

Distribution of a Controlled Substance

Title 21, United States Code, Section 841(a)(1)

* **Max. Term of Imprisonment:** 40
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years' imprisonment
* **Max. Supervised Release:** 4 years up to life
* **Max. Fine:** $5,000,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Pedro Rodriguez, a/k/a "Peter," "Lab SALON"

**Case No**: _____

Count #: 1

Conspiracy to Distribute a Controlled Substance

Title 21, United States Code, Section 846

* **Max. Term of Imprisonment:** Life imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years' imprisonment
* **Max. Supervised Release:** 5 years up to life
* **Max. Fine:** $10,000,000

**\*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**