UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF Lerianey MARINO (YOB: 1983) & IN THE MATTER OF THE SEARCH OF 157 Grove St. Apt #1 Waltham, MA 02453 | 25-MJ-7448-JCB 25-MJ-7450-JCB |

MOTION TO UNSEAL SEARCH WARRANTS

The United States hereby respectfully asks the Honorable Court to unseal the search warrants, applications, affidavits, and attachments in the above captioned matters for the limited purpose of providing them in discovery in accordance with the government's obligations pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government requests that the documents otherwise stay sealed because investigation is still ongoing, and release of the records could compromise the integrity of that ongoing investigation. The proposed search warrants and related materials are identified as 25-MJ-7448-JCB and 25-MJ-7450-JCB.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ *Jessica L. Soto*
Jessica L. Soto
Assistant United States Attorney
617-748-3686
Date: September 26, 2025

SO ORDERED.

_____
Hon. Jennifer C. Boal
U.S. Magistrate Judge